THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. HENDERSON, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TUREMAIL MCCULLOUGH, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BASTIAN, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL T. CHICHERCHIA, Appellant. [945 NYS2d 588]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni and Sconiers, JJ.

RACHEL L. STERN, Respondent-Appellant, v GUY H. EASTER, Individually and Doing Business as BROOKLAWN GOLF CLUB, MIDCOURT BUILDERS CORP., Appellants-Respondents, and PEMCO PROPERTIES III, PG ASSOCIATES, Respondents et al., Defendant. [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Lindley and Martoche, JJ.